IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**BILLY JESUS CONEY,**

 **Plaintiff,**

v.                Case No. 4:23-cv-407-AW-MAF

**FLORIDA CIVIL COMMITMENT
CENTER, et al.,**

 **Defendants.**

_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION

  The magistrate judge has issued a report and recommendation concluding that Plaintiff's second amended complaint does not state a claim for relief. ECF No. 11. There has been no objection to the report and recommendation.

  Having carefully reviewed the complaint, I agree that Plaintiff has not alleged facts that would show a plausible claim for relief. And because Plaintiff has had multiple opportunities to do so, I agree final dismissal is now appropriate. I now adopt the report and recommendation and incorporate it into this order.

  The clerk will enter a judgment that says, "This case is dismissed based on 28 U.S.C. § 1915(e)(2)(B)(2) for failure to state a claim on which relief may be granted." The clerk will then close the file.

  SO ORDERED on January 16, 2024.

               s/ *Allen Winsor*_____
               United States District Judge